NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HENRY B. JOHNSON, JR., )
)
        Appellant, )
)
v. )       Case No. 2D14-5910
)
STATE OF FLORIDA, )
)
        Appellee. )
_____)

Opinion filed April 17, 2019.

Appeal from the Circuit Court for Lee
County; Mark A. Steinbeck, Senior Judge.

Henry B. Johnson, Jr., pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bilal Ahmed Faruqui,
Assistant Attorney General, Tampa; and
Allison C. Heim, Assistant Attorney
General, Tampa (substituted as counsel of
record), for Appellee.



PER CURIAM.

      Affirmed.

LaROSE, C.J., and BLACK and ROTHSTEIN-YOUAKIM, JJ., Concur.